AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

NIPPONKOA INSURANCE COMPANY, LTD.,

**SUMMONS IN A CIVIL CASE**

V.

M/V FEI HE, M/V TENG HE, SEATRADE INTERNATIONAL, INC., COSCO CONTAINER LINES, and CHINA OCEAN SHIPPING (GROUP) COMPANY

CASE NUMBER: **06 CIV. 1286**

**JUDGE DANIELS**

TO: (Name and address of defendant)

COSCO Container Lines
c/o COSCO Container Lines America, Inc.
100 Lightning Way
Secaucus, NJ 07094

China Ocean Shipping (Group) Company
c/o COSCO Container Lines America, Inc.
100 Lightning Way
Secaucus, NJ 07094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON,    Clerk

CLERK

(BY) DEPUTY CLERK

DATE   FEB 1 7 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| NIPPONKOA INSURANCE COMPANY, LTD., | |
|---|---|
| Plaintiff, | Case No. 06cv1286 |
| v. | |
| M/V FEI HE, M/V TENG HE, et al., | AFFIDAVIT OF SERVICE |
| Defendants. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On April 6, 2006 at 2:55 p.m. at 100 Lightning Way, Secaucus, NJ 07094, I served the within SUMMONS, COMPLAINT & NOTICE OF COURT CONFERENCE on CHINA OCEAN SHIPPING (GROUP) COMPANY C/O COSCO CONTAINER LINES AMERICA, INC., defendant therein named, by delivering a true copy of same to DAVID MARCANO, designated agent.

The person served is a white male, brown/grey hair, 35-45 years old, 6'1"-6'2" in height, 185-165 pounds.

_Caswell Bryan_
Caswell Bryan
License No. 846846

Sworn to before me this
7th day of April 2006

_NOTARY PUBLIC_

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20_10_

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796